# Court of Appeals
# of the State of Georgia

ATLANTA,    June 15, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1992.  PETER AUGUSTA v. HERA LIGHTING, L. P.**

On August 11, 2011, the trial court entered judgment in favor of Hera Lighting, L. P. and against Peter Augusta in this civil action.  Augusta moved for an extension of time in which to file post-trial motions "in order to allow for preparation and filing of trial transcript."  The trial court granted the motion, ruling that Augusta could file post-trial motions up to 14 days after the transcript was filed with the court.  On November 28, 2011, Augusta filed a motion for new trial and for judgment notwithstanding the verdict.  The trial court denied that motion, and on February 10, 2012, Augusta filed a notice of appeal to this Court.

Although the filing of a motion for new trial or judgment notwithstanding the verdict generally extends the deadline for filing a notice of appeal, such motion is not valid unless filed within 30 days after the entry of judgment.  See *Jarrard v. Copeland*, 205 Ga. App. 20 (421 SE2d 84) (1992); *Wright v. Rhodes*, 198 Ga. App. 269 (401 SE2d 35) (1990); OCGA § 5-5-40 (a) (deadline for filing motions for new trial); OCGA § 9-11-50 (b) (deadline for filing motions for judgment notwithstanding the verdict).  An untimely motion for new trial or for judgment notwithstanding the verdict does not toll the time for filing a notice of appeal.  *Jarrard*, supra.  Thus, Augusta's post-trial motion, filed 109 days after entry of the judgment, did not operate to extend the time for filing a notice of appeal.  And although the trial court purported to grant an extension of time for the filing of post-trial motions, "[n]o extension of time shall be granted for the filing of motions for new trial or for judgment notwithstanding the verdict."  OCGA § 5-6-39 (b); see also *Wal-Mart Stores v. Curry*, 206 Ga. App. 775, 776 (426 SE2d 581) (1992).

Accordingly, Augusta's notice of appeal, filed 183 days after entry of the judgment, is untimely. See OCGA § 5-6-38 (a). This appeal is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/15/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*